FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN G.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>Defendant. | No. 1:23-CV-03187-ACE<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF No. 15** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 15. Attorney Kathryn Ann Higgs represents Plaintiff; Special Assistant United States Attorney Julie A.K. Cummings represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 15**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the administrative law judge ("ALJ") to develop the record as necessary; evaluate all of the medical opinions and prior administrative medical findings in the record;

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

and provide Plaintiff an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.  The ALJ shall take any further action needed to complete the administrative record and issue a new decision.

       2.      **Judgment shall be entered for PLAINTIFF**.

       3.      Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

       4.      An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 27, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2